1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  SARAH E. GRISWOLD (CABN 240326)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5061
7       FAX: (408) 535-5081
        sarah.griswold@usdoj.gov
8
   Attorneys for United States of America
9
                        UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                                SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,              ) Case No.  5:20-mj-71170
                                            )
14 |       Plaintiff,                       ) JOINT STIPULATION AND [PROPOSED] ORDER
                                            ) TO CONTINUE PRELIMINARY HEARING TO
15 |    v.                                  ) OCTOBER 9, 2020, AND TO EXCLUDE TIME
                                            ) FROM SEPTEMBER 10, 2020, THROUGH
16 | NATIVIDAD GARCIA-CAMACHO,              ) OCTOBER 9, 2020, FROM THE SPEEDY TRIAL
                                            ) ACT CALCULATION [18 U.S.C. § 3161(h)(3),
17 |       Defendant.                       ) (h)(7)(A), AND (h)(7)(B)(iv)]
                                            )
18                                          )
                                            )
19

20     The Court held a bond hearing as to defendant Natividad Garcia-Camacho case on September

21 10, 2020.  Pursuant to the Court's request at the hearing, counsel for the United States and counsel for

22 Defendant submit this stipulation and proposed order reflecting the information presented at the hearing

23 and the Court's findings and rulings.

24     Defendant did not appear at the hearing.  Defense counsel indicated he had been unable to reach

25 Defendant.  Pretrial Services indicated they were also unable to reach Defendant.  At the hearing, the

26 Court vacated the September 11, 2020, preliminary hearing.  The Court found that Defendant has

27 absconded, that this continues an extraordinary circumstance, and that justice requires delay of the time

28 limit to hold the preliminary hearing.  The Court extended the time limit to hold the preliminary hearing

1  to October 9, 2020.

2        The United States has provided some initial discovery to defense counsel. Defense counsel
3  needs time to review the discovery and conduct his own investigation. Counsel for the United States
4  and defense counsel stipulate that the time from September 10, 2020, through and including October 9,
5  2020, should be excluded from the period of time within which the defendant's trial must commence
6  pursuant to the Speedy Trial Act because a failure to do so would unreasonably deny defense counsel
7  the reasonable time necessary for effective preparation. Counsel for the United States and defense
8  counsel further stipulate that the ends of justice served by excluding this time outweigh the best interests
9  of the public and the defendant in a speedy trial.

10        The Court found Defendant is absent in that his whereabouts are unknown and his whereabouts
11  cannot be determined by due diligence. This further suggests that he is attempting to avoid
12  apprehension or prosecution. The Court excluded the time from September 10, 2020, through October
13  9, 2020, in computing the time within which an information or an indictment must be filed, and in
14  computing the time within which the trial of any such offense must commence, based both on
15  Defendant's absence and based on defense counsel's need for reasonable time necessary for effective
16  preparation, taking into account the exercise of due diligence.

                                    Respectfully submitted,

                                    DAVID L. ANDERSON
                                    United States Attorney

DATED: September 14, 2020                  /s/
                                    SARAH E. GRISWOLD
                                    Assistant United States Attorney

DATED: September 14, 2020                  /s/
                                    CURTIS RODRIGUEZ
                                    Counsel for Natividad Garcia-Camacho

**[PROPOSED] ORDER**

Based upon the representations made at the hearing on September 10, 2020, and in the parties' stipulation above, the Court makes the following findings:

1. Defendant Natividad Garcia-Camacho did not appear in court on September 10, 2020, as directed. Defense counsel and Pretrial Services have been unable to reach Defendant. The Court finds that Defendant has absconded.

2. Defendant's whereabouts are unknown and his whereabouts cannot be determined by due diligence. This further suggests that he is attempting to avoid apprehension or prosecution.

3. Defendant's absence constitutes an extraordinary circumstance and justice requires extending the time limit to hold the preliminary hearing to October 9, 2020, pursuant to Federal Rule of Criminal Procedure 5.1(d).

4. The United States has provided some initial discovery to defense counsel. Defense counsel needs time to review the discovery and conduct his own investigation. Failure to grant a continuance in computing the time within which an information or an indictment must be filed, and in computing the time within which the trial of any such offense must commence would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The ends of justice served by excluding the time from September 10, 2020, through and including October 9, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

Having made these findings,

IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned case is continued to October 9, 2020, at 10:30 a.m. before the duty magistrate judge, pursuant to Federal Rule of Criminal Procedure 5.1(d). It is further ordered that the time by which any information or indictment must be filed is extended to October 9, 2020. The Court excludes the time from September 10, 2020, through and including October 9, 2020, in computing the time within which an information or an

1  indictment must be filed and in computing the time within which the trial of any such offense must
2  commence, pursuant to 18 U.S.C. § 3161(h)(3), 3161(h)(7)(A), and 3161(h)(7)(B)(iv).

**PURSUANT TO STIPULATION, IT IS SO ORDERED** this ___15th___ day of September 2020.

*Virginia K. DeMarchi*
HON. VIRGINIA K. DEMARCHI
UNITED STATES MAGISTRATE JUDGE