1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  JASON KLEINWAKS (NYBN 5335013 / DCBN 1049058)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6924
7       FAX: (415) 436-7234
        jason.kleinwaks@usdoj.gov
8
9  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NATIVIDAD GARCIA-CAMACHO, <br><br> Defendant. | Case No. 5:20-mj-71170-MAG-2 <br><br> MOTION AND ORDER TO CONTINUE PRELIMINARY HEARING TO AUGUST 16, 2021, AND TO EXCLUDE TIME FROM JUNE 4, 2021, THROUGH AUGUST 16, 2021, FROM THE SPEEDY TRIAL ACT CALCULATION [18 U.S.C. § 3161(h)(3), (h)(7)(A), AND (h)(7)(B)(iv)] |

The United States hereby moves to continue the preliminary hearing in this case from June 4, 2021, to August 16, 2021 at 1:00 p.m., and to exclude time from June 4, 2021, through August 16, 2021, from the Speedy Trial Act calculation. The Court previously found that defendant Natividad Garcia-Camacho's whereabouts are unknown and his whereabouts cannot be determined by due diligence. (ECF Nos. 22, 25, 30, 35.) Former defense counsel, Curtis Rodriguez, was granted leave to withdraw on November 13, 2020. (ECF No. 31.) Defendant Natividad Garcia-Camacho is currently unrepresented. He remains a fugitive.

MOT. & ORDER
5:20-MJ-71170-MAG-2          1

On June 2, 2021, counsel for the government and codefendant Leobardo Solorio-Quezadas submitted a stipulation to continue the preliminary hearing and exclude time to August 16, 2021. The United States requests that the Court continue the preliminary hearing for Natividad Garcia-Camacho to August 16, 2021, as well. The Court may extend the time to hold a preliminary hearing without the defendant's consent "on a showing that extraordinary circumstances exist and justice requires the delay." Fed. R. Crim. P. 5.1(d). Here, the defendant cannot consent because he is a fugitive. These circumstances also constitute extraordinary circumstances in that the hearing cannot proceed with the defendant present while he remains a fugitive. Justice therefore requires a delay.

The United States further requests that the Court extend the time by which an information or indictment must be brought against Natividad Garcia-Camacho to September 15, 2021, which is 30 days after August 16, 2021. The period of time from June 4. 2021, through August 16, 2021, should be excluded in computing the time within which an information or an indictment must be filed, and in computing the time within which the trial of the offense must commence, because this period of time results from the defendant's absence. 18 U.S.C. § 3161(h)(3). This time should also be excluded pursuant to the Speedy Trial Act because a failure to do so would unreasonably deny the defendant time to obtain counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). Moreover, the ends of justice served by excluding this time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

DATED: June 3, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

/s/
JASON KLEINWAKS
Assistant United States Attorney

# ORDER

Based upon the United States' unopposed motion and for good cause shown, the Court makes the following findings:

1. Defendant's whereabouts are unknown and his whereabouts cannot be determined by due diligence. Defendant is attempting to avoid apprehension or prosecution. Defendant Natividad Garcia-Camacho remains a fugitive.

2. Defendant's absence constitutes an extraordinary circumstance and justice requires extending the time limit to hold the preliminary hearing to August 16, 2021, pursuant to Federal Rule of Criminal Procedure 5.1(d).

3. The period of time from June 4, 2021, though August 16, 2021, results from the defendant's absence. 18 U.S.C. § 3161(h)(3).

4. Failure to exclude the time from June 4, 2021, though August 16, 2021, in computing the time within which an information or an indictment must be filed, and in computing the time within which the trial of the offense must commence, would unreasonably deny the defendant continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

5. The ends of justice served by excluding the time from June 4, 2021, through and including August 16, 2021, in computing the time within which an information or an indictment must be filed, and in computing the time within which the trial of the offense must commence, outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

Having made these findings,

IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned case is continued to August 16, 2021, at 1:00 p.m. before the San Jose duty magistrate judge, pursuant to Federal Rule of Criminal Procedure 5.1(d). It is further ordered that the time by which any information or indictment must be filed is extended to September 15, 2021.

The Court excludes the time from April 27, 2021, through and including June 4, 2021, in computing the time within which an information or an indictment must be filed, and in computing the time within which the trial of the offense must commence, because this period of time results from the defendant's absence, 18 U.S.C. § 3161(h)(3), and because a failure to do so would unreasonably deny

the defendant time to obtain counsel, 18 U.S.C. § 3161(h)(7)(B)(iv).  Moreover, the ends of justice served by excluding this time outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED** this  3rd  day of June 2021.



_____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE